

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2015

No. 04-15-00076-CV

**IN THE INTEREST OF R.E.Y., A CHILD,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02744
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The reporter's record was originally due on February 23, 2015. Ms. Candy Zavala is ORDERED to file the reporter's record from the September 11, 2014 hearing **on or before May 14, 2015**. *See* TEX. R. APP. P. 35.3(c) (record extensions in accelerated appeals must not exceed 10 days); *see also* Rule 6.2, Texas Rules of Judicial Administration (requiring court of appeals to dispose of parental termination appeals within 180 days after the notice of appeal is filed). **Any request for extension of time will be disfavored**.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court